# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:

SCHRAGL, JAMES THOMAS
SCHRAGL, JOAN ALICE
Debtor(s)

§ Case No. 14-24069-CMB
§
§ Chapter 7
§
§ Document No.

ROSEMARY CRAWFORD,
TRUSTEE,

NO RESPONDENTS.

---

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 07, 2014. The undersigned trustee was appointed on October 08, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         2,845.63

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]      $         2,805.63

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/14/2015 and the deadline for filing governmental claims was 05/14/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $711.41.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $711.41, for a total compensation of $711.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $34.19, for total expenses of $34.19.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2015          By: /s/Rosemary Crawford
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-24069-CMB  
**Case Name:** SCHRAGL, JAMES THOMAS  
SCHRAGL, JOAN ALICE  
**Period Ending:** 06/17/15

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 10/07/14 (f)  
**§341(a) Meeting Date:** 12/01/14  
**Claims Bar Date:** 05/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    5311 FREDANNA ST., PITTSBURGH, PA 15207 | 48,120.00 | 0.00 | | 0.00 | FA |
| 2    CASH ON PERSONS | 10.00 | 0.00 | | 0.00 | FA |
| 3    FIRST COMMONWEALTH CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4    FIRST COMMONWEALTH SAVINGS ACCOUNT | 0.01 | 0.00 | | 0.00 | FA |
| 5    IRWIN WORKS FCU SAVINGS ACCOUNT | 834.07 | 0.00 | | 0.00 | FA |
| 6    IRWIN WORKS FCU CHRISTMAS CLUB | 1,800.22 | 0.00 | | 0.00 | FA |
| 7    IRWIN WORKS FCU SHARE CERTIFICATE | 5,004.17 | 0.00 | | 0.00 | FA |
| 8    PNC SAVINGS ACCOUNT (Joint with Daughter) | 2,616.45 | 0.00 | | 0.00 | FA |
| 9    PNC SAVINGS ACCOUNT (Joint with Son) | 2,000.77 | 0.00 | | 0.00 | FA |
| 10   PNC CHECKING ACCOUNT (Joint with Son) | 50.00 | 0.00 | | 0.00 | FA |
| 11   HOUSEHOLD GOODS | 2,205.00 | 0.00 | | 0.00 | FA |
| 12   BOOKS | 150.00 | 0.00 | | 0.00 | FA |
| 13   CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 14   JEWELRY | 520.00 | 0.00 | | 0.00 | FA |
| 15   COLUMBUS LIFE POLICY #CM2057040U | 5,269.00 | 0.00 | | 0.00 | FA |
| 16   COLUMBUS LIFE POLICY  #CM2201886U | 5,484.78 | 0.00 | | 0.00 | FA |
| 17   COLUMBUS LIFE POLICY  #CM2087333U | 8,816.85 | 0.00 | | 0.00 | FA |
| 18   COLUMBUS LIFE POLICY  #CM3003852U | 7,775.00 | 2,845.63 | | 2,845.63 | FA |
| 19   US STEEL 401(k) | 41,510.89 | 0.00 | | 0.00 | FA |
| 20   PENSION  (THE TRAVELERS)  (Wife) | 0.00 | 0.00 | | 0.00 | FA |
| 21   PENSION (US STEEL)  (Husband) | 0.00 | 0.00 | | 0.00 | FA |
| 22   2008 CHERVOLET SILVERADO | 21,625.00 | 0.00 | | 0.00 | FA |
| 23   2000 HONDA QUAD | 200.00 | 0.00 | | 0.00 | FA |
| 24   2011 MITSUBISHI LANCER  (Joint with Daughter) | 9,285.00 | 0.00 | | 0.00 | FA |
| 24   Assets   Totals (Excluding unknown values) | **$163,677.21** | **$2,845.63** | | **$2,845.63** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-24069-CMB  
**Case Name:** SCHRAGL, JAMES THOMAS  
SCHRAGL, JOAN ALICE  
**Period Ending:** 06/17/15

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 10/07/14 (f)  
**§341(a) Meeting Date:** 12/01/14  
**Claims Bar Date:** 05/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

6/16/15 preparre TFR

2/10/15 receipt of requested funds/notice of assets

1/22/15 corr. from afd re will take additional time to provide funds

12/2/14 CORR. TO AFD RE TURNOVER OF LIFE INSURANCE PROCEEDS

**Initial Projected Date Of Final Report (TFR):** March 15, 2015     **Current Projected Date Of Final Report (TFR):** June 15, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-24069-CMB | **Trustee:** Rosemary Crawford (580750) |
| **Case Name:** SCHRAGL, JAMES THOMAS | **Bank Name:** Rabobank, N.A. |
| SCHRAGL, JOAN ALICE | **Account:** ******2266 - Checking Account |
| **Taxpayer ID #:** **-***4029 | **Blanket Bond:** $9,696,012.00 (per case limit) |
| **Period Ending:** 06/17/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/10/15 | {18} | JAMES AND JOAN SCHRAGL | NON-EXEMPT PROCEEDS FROM COLUMBUS LIFE POLICY #CM3003852U TURNED OVER BY DEBTOR | 1129-000 | 2,845.63 | | 2,845.63 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,835.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,825.63 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,815.63 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,805.63 |
| | | | **ACCOUNT TOTALS** | | **2,845.63** | **40.00** | **$2,805.63** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **2,845.63** | **40.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,845.63** | **$40.00** | |

| | Net Receipts : | 2,845.63 |
|---|---|---|
| | Net Estate : | $2,845.63 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2266** | 2,845.63 | 40.00 | 2,805.63 |
| | **$2,845.63** | **$40.00** | **$2,805.63** |

{} Asset reference(s)    Printed: 06/17/2015 01:40 PM    V.13.23

# Claims Register

### Case: 14-24069-CMB    SCHRAGL, JAMES THOMAS

Claims Bar Date:   05/14/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Rosemary Crawford<br>P.O. Box 355<br>Allison Park, PA 15101<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>10/07/14 |  | $711.41<br>$711.41 | $0.00 | $711.41 |
|  | Rosemary Crawford<br>P.O. Box 355<br>Allison Park, PA 15101<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>10/07/14 |  | $34.19<br>$34.19 | $0.00 | $34.19 |
| 1 | PNC Bank, N.A.<br>PO Box 94982<br><br>Cleveland, OH 44101<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/13/15 | XXXX3087<br>DOCUMENTATION PROVIDED, CONSISTENT WITH SCHEDULE F | $14,970.48<br>$14,970.48 | $0.00 | $14,970.48 |
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/16/15 | XXXX3683 DOCUMENTATION PROVIDED CONSISTENT WITH SCHEDULE F | $16,479.17<br>$16,479.17 | $0.00 | $16,479.17 |
| 3 | PNC Bank, N.A.<br>PO Box 94982<br><br>Cleveland, OH 44101<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/17/15 | XXXX8280<br>DOCUMENTATION PROVIDED, CONSISTENT WITH SCHEDULE F | $22,016.65<br>$22,016.65 | $0.00 | $22,016.65 |
| 4 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/15 | XXXX2578<br>CONSISTENT WIHT SCHEDULE F, DOCUMENTATION PROVIDED | $830.12<br>$830.12 | $0.00 | $830.12 |
| 5 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/10/15 | XXXX4801  XXXX1757<br>DOCUMENTATION PROVIDED, CONSISTENT WITH SCHEDULE F | $11,230.27<br>$11,230.27 | $0.00 | $11,230.27 |

# Claims Register

### Case: 14-24069-CMB    SCHRAGL, JAMES THOMAS

Claims Bar Date: 05/14/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/13/15 | XXXX4784<br>DOCUMENTATION PROVIDED, CONSISTENT WITH SCHEDULE F | $19,264.38<br>$19,264.38 | $0.00 | $19,264.38 |
| 7 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX1197 DOCUMENTATION PROVIDED | $1,274.18<br>$1,274.18 | $0.00 | $1,274.18 |
| 8 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX0344 DOCUMENTATION PROVIDED | $836.65<br>$836.65 | $0.00 | $836.65 |
| 9 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX8314 DOCUMENTATION PROVIDED | $1,285.49<br>$1,285.49 | $0.00 | $1,285.49 |
| 10 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX5640 DOCUMENTATION PROVIDED | $939.39<br>$939.39 | $0.00 | $939.39 |
| 11 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX2051 DOCUMENTATION PROVIDED | $10,212.03<br>$10,212.03 | $0.00 | $10,212.03 |
| 12 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/15 | XXXX1943 DOCUMENTATION PROVIDED | $2,839.00<br>$2,839.00 | $0.00 | $2,839.00 |

# Claims Register

### Case:  14-24069-CMB    SCHRAGL, JAMES THOMAS

Claims Bar Date:  05/14/15

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  |  |  |  | **Case Total:** $0.00 | | $102,923.41 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 14-24069-CMB
Case Name: SCHRAGL, JAMES THOMAS
Trustee Name: Rosemary Crawford

**Balance on hand:**                          $         2,805.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $         2,805.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 711.41 | 0.00 | 711.41 |
| Trustee, Expenses - Rosemary Crawford | 34.19 | 0.00 | 34.19 |

Total to be paid for chapter 7 administration expenses:   $         745.60
Remaining balance:                                         $       2,060.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                             $       2,060.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $       2,060.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 102,177.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PNC Bank, N.A. | 14,970.48 | 0.00 | 301.82 |
| 2 | Discover Bank | 16,479.17 | 0.00 | 332.24 |
| 3 | PNC Bank, N.A. | 22,016.65 | 0.00 | 443.88 |
| 4 | Capital One, N.A. | 830.12 | 0.00 | 16.74 |
| 5 | American InfoSource LP as agent for | 11,230.27 | 0.00 | 226.41 |
| 6 | Cavalry SPV I, LLC | 19,264.38 | 0.00 | 388.39 |
| 7 | Synchrony Bank | 1,274.18 | 0.00 | 25.69 |
| 8 | Synchrony Bank | 836.65 | 0.00 | 16.87 |
| 9 | Synchrony Bank | 1,285.49 | 0.00 | 25.92 |
| 10 | Synchrony Bank | 939.39 | 0.00 | 18.94 |
| 11 | Synchrony Bank | 10,212.03 | 0.00 | 205.89 |
| 12 | Synchrony Bank | 2,839.00 | 0.00 | 57.24 |

Total to be paid for timely general unsecured claims: $ 2,060.03
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**